*David A. Ast, Esq.   DA-6948*
**DAVID ALAN AST, P.C.**
222 Ridgedale Avenue
P.O. Box 1309
Morristown, NJ  07962-1309
(973) 984-1300
Attorney for Steven Gries, Unsecured Priority Creditor

---

| | |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| JAMIE BETH GRIES | Case No. 10-21185-RG |
| | Chapter 11 |
| Debtor. | NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS |

TO:  U.S. Bankruptcy Court Clerk
     U.S. Bankruptcy Court
     P.O. Box 1352
     Newark, New Jersey 07101

     Office of the U.S. Trustee
     Corner of McCarter Hwy. & Raymond Blvd.
     1 Newark Center Bldg. - Ste. 2106
     Newark, NJ  07102-5504

     Leonard C. Walczyk, Esq.
     Wasserman Jurista & Stolz
     PO Box 1029
     225 Millburn Ave
     Millburn, NJ 07041-1737

PLEASE TAKE NOTICE that the undersigned, DAVID ALAN AST, P.C. (David A. Ast, Esq.), hereby appears as counsel for Steven Gries, and pursuant to Federal Rules of Bankruptcy Procedure 2002(g), 2002(i) and 9010(b) and 11 U.S.C. §1109, demands that all notices that are required to be given in this case, and all papers that are required to be served in this case, be given to and served upon the undersigned at the addresses and telephone numbers set forth below:

    David A. Ast, Esq.
    DAVID ALAN AST, P.C.
    222 Ridgedale Avenue
    P.O. Box 1309
    Morristown, NJ  07962-1309
    (973) 984-1300 Telephone
    (973) 984-1478 Fax;

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any plans of reorganization and objections thereto, disclosure statements, orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands, answering or reply papers and any memorandums or briefs in support of any of the foregoing and any other documents brought before this Court in connection with these proceedings.

                                        DAVID ALAN AST, P.C.
                                        Attorneys for Steven Gries
                                        Unsecured Priority Creditor


                                        By:/s/ David A. Ast
                                              DAVID A. AST

Dated:  June 8, 2010

Z:\DAA Data\Data\CREDITOR\Gries,S\not-appear.100608