US Bankruptcy Court for the DISTRICT OF New Jersey

In re: Jamie Beth Gries

Case No.: 10-21185 (RG)
Reporting Period: 8/1/2010 through 8/31/2010

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | |
| Copies of bank statements | | Yes | |
| Cash disbursements journals | | Yes | |
| Statement of Operations | | NA | |
| Balance Sheet | | NA | |
| Status of Postpetition Taxes | | NA | |
| Copies of IRS Form 6123 or payment receipt | | NA | |
| Copies of tax returns filed during reporting period | | NA | |
| Summary of Unpaid Postpetition Debts | | NA | |
| Listing of aged accounts payable | | NA | |
| Accounts Receivable Reconciliation and Aging | | NA | |
| Debtor Questionnaire | | NA | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    9-23-10
Signature of Debtor                 Date

_____    _____
Signature of Joint Debtor           Date

_____    _____
Signature of Authorized Individual*  Date

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __Jamie Beth Gries__  
      Debtor

Case No. __10-21185(RG)__  
Reporting Period __8/1/2010 through 8/31/2010__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

|  | Current Month Actual | Cumulative Filing to Date Accrual |
|---|---|---|
| Cash - Beginning of Month | 1,474.58 |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income *(attach schedule)* | 3,600.00 | 32,374.77 |
| **Total Receipts** | 5,074.58 | 32,374.77 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | *  0.00 | 15,869.36 |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities | 269.00 | 1,699.13 |
| Insurance | 482.52 | 1,248.23 |
| Auto Expense | 600.01 | 1,573.01 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance | 276.20 | 637.45 |
| Medical Expenses | 0.00 | 121.57 |
| Household Expenses | 1,405.13 | 3,673.50 |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other *(attach schedule)* |  |  |
| Travel and Entertainment | 0.00 | 803.00 |
| Gifts |  |  |
| Other *(attach schedule)* | 1,802.10 | 6,509.90 |
| Total Ordinary Disbursements | 4,834.96 | 32,135.15 |
| **REORGANIZATION ITEMS** |  |  |
| Professional Fees | -- | -- |
| U. S. Trustee Fees | -- | -- |
| Other Reorganization Expenses *(attach schedule)* | -- | -- |
| Total Reorganization Items | -- | -- |
| **Total Disbursements** *(Ordinary + Reorganization)* | 4,834.96 | 32,135.15 |
| Net Cash Flow *(Total Receipts - Total Disbursements)* | 239.62 | 239.62 |
| Cash - End of Month *(Must equal reconciled bank statement)* | 239.62 | 239.62 |

FORM MOR-1(INDV)  
(9/99)

-* Directly paid to Astoria Federal (Mortgage Payment) $ 4,247.20 for August 2010 from the Debtors business account.

In re: Jamie Beth Gries, Debtor

Case No. 10-21185 (RG)

Reporting Period: 8/1/2010 through 8/31/2010

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rental Income | 3,100.00 | 25,274.77 |
| Sale - Jewellery | 0.00 | 6,600.00 |
| Expense - Reimbursement | 500.00 | 500.00 |
| | | |
| | | |
| TOTAL | 3,600.00 | 32,374.77 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Child Care Expenses | 1370.00 | 3,434.00 |
| Cleaning Services | 0.00 | 150.00 |
| Telephone Expenses | 390.06 | 1,180.47 |
| Reimbursed Expenses | 0.00 | 1,579.39 |
| Bank Charges | 14.00 | 38.00 |
| Miscellaneous Expenses | 28.04 | 128.04 |
| TOTAL | 1,802.10 | 6,509.90 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

9:34 AM

09/23/10

# Jamie Gries (DIP Account)
## Reconciliation Detail
### 1000 · Chase Bank, Period Ending 08/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 1,474.58 |
| **Cleared Transactions** | | | | | | |
| *Checks and Payments - 22 items* | | | | | | |
| Check | 8/3/2010 | 1038 | Wee Whalers | X | -250.00 | -250.00 |
| Check | 8/4/2010 | 1044 | Stop & Shop | X | -131.61 | -381.61 |
| Check | 8/6/2010 | 1046 | | X | -500.00 | -881.61 |
| Check | 8/6/2010 | 1045 | Stop & Shop | X | -172.99 | -1,054.60 |
| Check | 8/9/2010 | | Verizon Wireless | X | -390.06 | -1,444.66 |
| Check | 8/10/2010 | 1043 | | X | -276.20 | -1,720.86 |
| Check | 8/10/2010 | 1042 | Wee Whalers | X | -250.00 | -1,970.86 |
| Check | 8/11/2010 | | Palisades Insurance | X | -482.52 | -2,453.38 |
| Check | 8/11/2010 | | Comcast | X | -269.00 | -2,722.38 |
| Check | 8/11/2010 | | Comcast | X | -136.78 | -2,859.16 |
| Check | 8/11/2010 | 1041 | | X | -120.00 | -2,979.16 |
| Check | 8/13/2010 | 1049 | | X | -307.06 | -3,286.22 |
| Check | 8/13/2010 | 1048 | Stop & Shop | X | -160.84 | -3,447.06 |
| Check | 8/13/2010 | 1047 | Trader Joe Food | X | -144.03 | -3,591.09 |
| Check | 8/16/2010 | 1054 | | X | -171.00 | -3,762.09 |
| Check | 8/17/2010 | 1056 | | X | -600.01 | -4,362.10 |
| Check | 8/17/2010 | 1052 | Stop & Shop | X | -130.83 | -4,492.93 |
| Check | 8/17/2010 | 1050 | Stop & Shop | X | -112.77 | -4,605.70 |
| Check | 8/17/2010 | 1053 | | X | -28.04 | -4,633.74 |
| Check | 8/19/2010 | 1055 | | X | -74.00 | -4,707.74 |
| Check | 8/30/2010 | 1058 | | X | -250.00 | -4,957.74 |
| Check | 8/31/2010 | | | X | -14.00 | -4,971.74 |
| Total Checks and Payments | | | | | -4,971.74 | -4,971.74 |
| *Deposits and Credits - 4 items* | | | | | | |
| Deposit | 8/2/2010 | | NJ House Rent | X | 2,600.00 | 2,600.00 |
| Deposit | 8/10/2010 | | NJ House Rent | X | 500.00 | 3,100.00 |
| Deposit | 8/12/2010 | | Comcast | X | 136.78 | 3,236.78 |
| Deposit | 8/27/2010 | | | X | 500.00 | 3,736.78 |
| Total Deposits and Credits | | | | | 3,736.78 | 3,736.78 |
| Total Cleared Transactions | | | | | -1,234.96 | -1,234.96 |
| **Cleared Balance** | | | | | -1,234.96 | 239.62 |
| Register Balance as of 08/31/2010 | | | | | -1,234.96 | 239.62 |
| **Ending Balance** | | | | | -1,234.96 | 239.62 |

9:34 AM
09/23/10
Accrual Basis

## Jamie Gries (DIP Account)
## Transactions by Account
### As of August 31, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **1000 · Chase Bank** | | | | | | | | | |
| Deposit | 8/2/2010 | | NJ House Rent | Deposit | X | 5000 · Rental Income | 2,600.00 | | 1,474.58 |
| Check | 8/3/2010 | 1038 | Wee Whalers | | X | 6400 · Child Care Expenses | | 250.00 | 4,074.58 |
| Check | 8/4/2010 | 1044 | Stop & Shop | | X | 6310 · Food Expenses | | 131.61 | 3,824.58 |
| Check | 8/6/2010 | 1045 | Stop & Shop | | X | 6310 · Food Expenses | | 172.99 | 3,692.97 |
| Check | 8/6/2010 | 1046 | | Baby Sitter | X | 6400 · Child Care Expenses | | 500.00 | 3,519.98 |
| Check | 8/9/2010 | | Verizon Wireless | | X | 6250 · Telephone Expenses | | 390.06 | 3,019.98 |
| Deposit | 8/10/2010 | | NJ House Rent | Deposit | X | 5000 · Rental Income | 500.00 | | 2,629.92 |
| Check | 8/10/2010 | 1043 | | | X | 6400 · Child Care Expenses | | 276.20 | 3,129.92 |
| Check | 8/10/2010 | 1042 | Wee Whalers | | X | 7000 · Repairs & Maintenance | | 250.00 | 2,853.72 |
| Check | 8/11/2010 | 1041 | | Baby Sitter | X | 6400 · Child Care Expenses | | 120.00 | 2,603.72 |
| Check | 8/11/2010 | | Comcast | | X | 6030 · Internet Charges | | 269.00 | 2,483.72 |
| Check | 8/11/2010 | | Comcast | | X | 6030 · Internet Charges | | 136.78 | 2,214.72 |
| Check | 8/11/2010 | | Palisades Insurance | | X | 6200 · Car Insurance | | 482.52 | 2,077.94 |
| Deposit | 8/12/2010 | | Comcast | Deposit | X | 6030 · Internet Charges | 136.78 | | 1,595.42 |
| Check | 8/13/2010 | 1047 | Trader Joe Food | | X | 6310 · Food Expenses | | 144.03 | 1,732.20 |
| Check | 8/13/2010 | 1048 | Stop & Shop | | X | 6310 · Food Expenses | | 160.84 | 1,588.17 |
| Check | 8/13/2010 | 1049 | | Microwave | X | 6330 · Other Household Expenses | | 307.06 | 1,427.33 |
| Check | 8/16/2010 | 1054 | | For Colin | X | 6320 · Clothing Expenses | | 171.00 | 1,120.27 |
| Check | 8/17/2010 | 1050 | Stop & Shop | | X | 6310 · Food Expenses | | 112.77 | 949.27 |
| Check | 8/17/2010 | 1052 | Stop & Shop | | X | 6310 · Food Expenses | | 130.83 | 836.50 |
| Check | 8/17/2010 | 1053 | | B'Day Gift | X | 6600 · Miscellaneous Expenses | | 28.04 | 705.67 |
| Check | 8/18/2010 | 1056 | | BMW Repair | X | 7100 · Automobile Expenses | | 600.01 | 677.63 |
| Check | 8/19/2010 | 1055 | | Clothing for d... | X | 6320 · Clothing Expenses | | 74.00 | 77.62 |
| Deposit | 8/27/2010 | | | Deposit | X | 5200 · Expenses - Reimbursement | 500.00 | | 3.62 |
| Check | 8/30/2010 | 1058 | | | X | 6400 · Child Care Expenses | | 250.00 | 503.62 |
| Check | 8/31/2010 | | | Baby sitter fo... | X | 6110 · Bank Charges | | 14.00 | 253.62 |
| | | | | | | | | | 239.62 |
| **Total 1000 · Chase Bank** | | | | | | | 3,736.78 | 4,971.74 | 239.62 |
| **TOTAL** | | | | | | | 3,736.78 | 4,971.74 | 239.62 |

Page 1

## CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 31, 2010 through August 31, 2010
Account Number:   000000758566491

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00110637 DRE 802 210 24410 - NNNNN 1 000000000 69 0000
JAMIE GRIES DIP
DEBTOR IN POSSESSION
CASE #10-21185
46 KIEL AVE
KINNELON NJ 07405-2552



## CHECKING SUMMARY
Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,474.58 |
| Deposits and Additions | 4 | 3,736.78 |
| Checks Paid | 17 | - 3,679.38 |
| Electronic Withdrawals | 4 | - 1,278.36 |
| Fees and Other Withdrawals | 1 | - 14.00 |
| Ending Balance | 26 | $239.62 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/02 | Deposit | *N.J Rent for July* | $2,600.00 |
| 08/10 | Deposit | *N J Rent for July* | 500.00 |
| 08/12 | Comcast Reversal 2750165302 Tel ID: C877310000 | *Mistake* | 136.78 |
| 08/27 | Deposit | *Reimbursement for J Twp* | 500.00 |
| Total Deposits and Additions | | | $3,736.78 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1038 ^ | *Wee Whalers Day Care* | 08/03 | $250.00 ✓ |
| 1041 * ^ | *Baby sitter* | 08/11 | 120.00 ✓ |
| 1042 ^ | *Wee Whalers* | 08/10 | 250.00 ✓ |
| 1043 ^ | *Marine Home Centre Ace Repair Faucet* | 08/04 | 276.20 ✓ |
| 1044 | Check # 1044   Stop & Shop   Purchase   Nanlma POP ID: 9036390090 | 08/04 | 131.61 ✓ |
| 1045 | Check # 1045   Stop & Shop   Purchase   Nanlma POP ID: 9036390090 | 08/06 | 172.99 ✓ |
| 1046 ^ | *Baby sitter for Colin (London)* | 08/06 | 500.00 ✓ |
| 1047 ^ | *Trader Joe's Food* | 08/13 | 144.03 ✓ |
| 1048 | Check # 1048   Stop & Shop   Purchase   Nanlma POP ID: 9036390090 | 08/13 | 160.84 ✓ |

Page 1 of 6

# CHASE

July 31, 2010 through August 31, 2010
Account Number: 000000758566491

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1049 ^ | *Marine Home Center Microwave* | 08/13 | 307.06 ✓ |
| 1050 | Check # 1050  Stop & Shop  Purchase  Nanima POP ID: 9036390090 | 08/16 | 112.77 ✓ |
| 1052 * | Check # 1052  Stop & Shop  Purchase  Nanima POP ID: 9036390090 | 08/17 | 130.83 ✓ |
| 1053 ^ | *Malco's b-day gift* | 08/17 | 28.04 ✓ |
| 1054 | Check # 1054  Gap #0754/The  Purchase  Waynnj POP ID: 9775095083  *Clothes for Colin* | 08/16 | 171.00 ✓ |
| 1055 ^ | *Clothes for my daughter* | 08/19 | 74.00 ✓ |
| 1056 ^ | *BMW Repair* | 08/17 | 600.01 |
| 1058 * ^ | *Babysitter for Colin Canada Trip* | 08/30 | 250.00 ✓ |
| Total Checks Paid | | | $3,679.38 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/09 | Vz Wireless Vn  E Check  1003790  Tel ID: 0000751800 | *Phone* | $390.06 ✓ |
| 08/11 | Palisades Ins CO Insurance  PPD ID: 0000108816 | *Car Ins* | 482.52 ✓ |
| 08/11 | Comcast  Comcast  2750165302  Tel ID: C877310000 | *Comcast* | 269.00 ✓ |
| 08/11 | Comcast  Comcast  2750165302  Tel ID: C877310000 | *"* | 136.78 ✓ |
| Total Electronic Withdrawals | | | $1,278.36 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31 | Service Fee | $14.00 |
| Total Fees & Other Withdrawals | | $14.00 |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/02 | $4,074.58 | 08/13 | 1,120.27 |
| 08/03 | 3,824.58 | 08/16 | 836.50 |
| 08/04 | 3,416.77 | 08/17 | 77.62 |
| 08/06 | 2,743.78 | 08/19 | 3.62 |
| 08/09 | 2,353.72 | 08/27 | 503.62 |
| 08/10 | 2,603.72 | 08/30 | 253.62 |
| 08/11 | 1,595.42 | 08/31 | 239.62 |
| 08/12 | 1,732.20 | | |

# CHASE

July 31, 2010 through August 31, 2010

Account Number: 000000758566491

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 21 |
| Deposits / Credits | 4 |
| Deposited Items | 2 |
| Transaction Total | 27 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $14.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $14.00 |

# INVESTORS
## SAVINGS BANK
101 JFK Parkway, Short Hills, NJ 07078

Page: 1 of 1

```
**************AUTO**3-DIGIT 070      20
2059 0.5800 AT 0.357    8 1 241
WASSERMAN JURISTA & STOLZ DISBURSING
AGENTS FOR JAMIE BETH GRIES
DEBTOR IN POSSESION CASE# 10-21185
225 MILLBURN AVE STE 207
MILLBURN, NJ 07041-1712
```

| ACCOUNT NUMBER | 0003-99-0211-7 |
|---|---|
| STATEMENT PERIOD | |
| FROM | 08/01/10 |
| THROUGH | 08/31/10 |

## -------- BUSINESS MONEY MARKET ----------

| | | | |
|---|---|---|---|
| ACCOUNT # | 0003-99-0211-7 | BEGINNING BALANCE | $6,710.58 |
| | | DEPOSITS/CREDITS | $0.00 |
| AVERAGE BALANCE | $6,710.58 | INTEREST PAID | $1.44 |
| EARNED INTEREST THIS PERIOD | $1.44 | CHECKS/DEBITS | $0.00 |
| YTD INTEREST | $5.51 | SERVICE CHARGES | $0.00 |
| YTD WITHHOLDING | $0.00 | ENDING BALANCE | $6,712.02 |
| ANNUAL PERCENTAGE YIELD EARNED | | # DEPOSITS/CREDITS | 1 |
| (APYE) | 0.25% | # CHECKS/DEBITS | 0 |

## ACCOUNT ACTIVITY DETAIL

| DATE | DESCRIPTION | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|
| 08/01 | BEGINNING BALANCE | | | $6,710.58 |
| 08/31 | CREDIT-INTEREST | $1.44 | | $6,712.02 |
| 08/31 | ENDING BALANCE | | | $6,712.02 |

Member FDIC    NOTE: SEE REVERSE FOR IMPORTANT INFORMATION
800.252.8119


EQUAL HOUSING LENDER